# Peterman *v.* The State.

*Indictment for Carrying Concealed Weapons.*

1. *Bill of exceptions; when will not be considered on appeal.* Where a bill of exceptions is signed in vacation, but the record does not show that there was any agreement by counsel or order of the court, in term time, which extended the time for the signing of the bill of exceptions beyond the term of the court, such bill of exceptions will not be considered on appeal; and this is true, even though it contains a recital to the effect that an order was made by the court fixing the time in vacation for the signing of such bill of exceptions.

APPEAL from the Circuit Court of Henry.

Tried before the Hon. JOHN P. HUBBARD.

The appellant in this case, Albert Peterman, was indicted, tried and convicted for carrying a pistol concealed about his person.

Under the opinion of the present appeal, the bill of exceptions can not be looked to in order to review the rulings of the trial court; and, therefore, it is unnecessary to set out the facts of the case in detail.

.No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

DOWDELL, J.—The bill of exceptions in this case was signed in vacation. So far as the record shows there was no agreement in writing by counsel, nor order of the court in term time, pursuant to the requirements of the statute, which extended the time for the signing of the bill beyond the term of the court. The bill of exceptions contains a recital to the effect, that an order was made by the court fixing a time in vacation, but no such order appears in the record proper. It has been decided by this court that such an order by the court must appear of record, and the omission cannot be supplied by a recital in the bill of exceptions.—*Dantzler v. Swift Creek Mill Co.*, 128 Ala. 410, and other cases following that one.

The bill of exceptions, therefore, cannot be looked to or considered for any purpose. No error appearing in the record, the judgment of the circuit court must be affirmed.

Affirmed.